STATE OF LOUISIANA : 36th JUDICIAL DISTRICT COURT

IN THE INTEREST OF : STATE OF LOUISIANA

███████ : PARISH OF BEAUREGARD

JC-2016-0062
DIV B

## NOTICE

To: Richard Blankenship, Assistant District Attorney, 124 S. Stewart Street, DeRidder, Louisiana 70634;

Tiffany Rhoten/Telisa Pooler, Department of Children and Family Services, 1891 Hwy. 190 West, DeRidder, Louisiana 70634;

Stephanie Duplechain, DCFS – Lake Charles Regional Office, 1919 Kirkman Street, Lake Charles, Louisiana 70602;

Franchesca Hamilton-Acker, Acadiana Legal Services, court-appointed Counsel for the minor child, P.O. Box 4823, Lafayette, Louisiana 70502-4823; and

Carrie Ainsworth, mother, c/o: Beauregard Parish Jail, 412 Bolivar Bishop Drive, DeRidder, Louisiana 70634.

**NOTICE IS HEREBY GIVEN** that this matter is set for a continued custody hearing on the **6th** day of **DECEMBER, 2016** at **11:30 o'clock a.m.** before the Honorable C. Kerry Anderson, Division B. A certified copy of said Order is attached hereto and made a part hereto. All parties are hereby ordered to appear.

WITNESS the Honorable C. Kerry Anderson, District Judge of said Court, and my official signature and seal of office at DeRidder, Louisiana on this 5th day of December, 2016.

BRIAN S. LESTAGE, CLERK OF COURT

By: _____ Cindy Clay _____
Deputy Clerk of Court
Beauregard Parish, Louisiana

*A TRUE AND CORRECT COPY OF THE ORIGINAL*

_____ Cindy Clay _____
Deputy        Clerk of Court
              Beauregard Parish, LA

STATE OF LOUISIANA                 FILED          DOCKET NO. JC-2016- 662

IN THE INTEREST OF                 2016 DEC -5 PM 1:59   JUVENILE COURT

███████████, ███████████            CLERK OF COURT
                                    BEAUREGARD PARISH    36TH JUDICIAL COURT DIV B

                                                  PARISH OF BEAUREGARD

                                                  STATE OF LOUISIANA


FILED: December 5, 2016              Cindy Clay
                                     DEPUTY CLERK OF COURT


### INSTANTER ORDER

Considering that an emergency exists, and the Court, based upon sworn testimony and/or affidavit submitted, being of the opinion that there are reasonable grounds to believe that the child is a Child In Need of Care, abused or neglected, that there is substantial immediate danger which precludes preventive services as an alternative to removal, that it is necessary to take the child into custody for her protection, and it is for the best interest of the minor child, to place her in the temporary custody of the STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, CHILD WELFARE DIVISION, BEAUREGARD PARISH.

IT IS ORDERED by the Court that the minor child, ███████████ is hereby placed in the temporary custody of the STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, CHILD WELFARE DIVISION, BEAUREGARD PARISH.

IT IS ORDERED that Acadiana Legal Services is hereby appointed to represent the above named minor child.

IT IS FURTHER ORDERED that this matter be set for a continued custody hearing, on the __6th__ day of December, 2016, at __11:30__ O'clock AM, and that all parties of interest are hereby ordered to appear.

The Instanter Order taking the child into custody, issued at 12:32 O'clock A.M. on the 5th day of December 2016 is hereby confirmed.

Done in DeRidder, Louisiana, this 5th day of December, 2016.

*[signature]*
C. KERRY ANDERSON, JUDGE

Please serve:

Department of Children and Family Services
Tiffany Rhoten (2 Copies)

Stephanie Duplechain, CWS
Lake Charles Region DCFS
1919 Kirkman Rd.
Lake Charles, Louisiana 70602

Richard Blankenship, Assistant District Attorney

Acadiana Legal Services
Attorney for the children

Carrie Ainsworth
Beauregard Parish Jail
412 Bolivar Bishop Drive
DeRidder, Louisiana 70634

*A TRUE AND CORRECT COPY*
*OF THE ORIGINAL*

_____  Cindy Clay
Deputy         Clerk of Court
               Beauregard Parish, LA

1

STATE OF LOUISIANA　　　　　FILED　　　　　DOCKET NO. JC-2016-00L2

　　　　　　　　　　　　　　2016 DEC -5 PM 1:59

IN THE INTEREST OF　　　　　CLERK OF COURT　　　JUVENILE COURT
　　　　　　　　　　　　　　BEAUREGARD PARISH

~~█████████~~, ~~█~~, ~~████████~~　　　　　　　　　36TH JUDICIAL COURT DIV B

　　　　　　　　　　　　　　　　　　　　　　　　PARISH OF BEAUREGARD

　　　　　　　　　　　　　　　　　　　　　　　　STATE OF LOUISIANA

FILED: December 5, 2016　　　　　　　　　Cindy Clay
　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK OF COURT

## AFFIDAVIT IN SUPPORT
## OF INSTANTER

BEFORE ME, the undersigned authority, personally came and appeared, Tiffany Rhoten, who after first being duly sworn, did depose and say:

That affiant is an employee of the STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, CHILD WELFARE DIVISION, PARISH OF BEAUREGARD.

That affiant's responsibilities include investigating reports of possible child abuse and/or neglect and/or supervising families:

That on the 4th day of December 2016 a report of alleged Dependency: No Legal Guardian/Caretaker was received by said Office concerning the following child: ~~████████~~

That the said mother of the child is Carrie Ainsworth who resides at 551 Grantham Road DeRidder, Louisiana. That the said father of the child is Adam McGrew who's last known whereabouts is Washington State.

That, as a result of that report, an investigation was initiated.

That during the course of said investigation; affiant has acquired personal knowledge of the following facts:

01) On December 4, 2016 a report was received by the Department of Children and

　　　Family Services with an allegation of Dependency – No Legal Guardian/Caretaker

　　　alleging Carrie Ainsworth had been arrested for unauthorized use of an inhabited

2

dwelling and her daughter, ▓▓▓▓▓▓▓▓ has no legal caretaker to provide care while Ms. Ainsworth is incarcerated.

02) On December 4, 2016, Tiffany Rhoten interviewed Deputy William Foye (Beauregard Parish Sherriff Office). Deputy Foye stated Beauregard Parish Sherriff Office had received a report from the owner of the residence at 551 Grantham Road in DeRidder, Louisiana that there were people living in the home without permission. Deputy Foye stated the owner's son had went by the property and learned of individual's staying in the home, and he informed his mother. Deputy Foye stated he arrived at the residence and made contact with Daniel Ainsworth who said he had purchased the home, but could not provide proof he owned the home. During his interviews Deputy Foye learned that Daniel and Carrie Ainsworth had been researching squatter's rights law in an attempt to take ownership of the said property. Deputy Foye stated the home did have running water, but did not have electricity. Deputy Foye stated a fireplace in the home was being used to heat the home. Deputy Foye stated Daniel and Carrie Ainsworth were advised to get their belongings and leave the residence. Deputy Foye stated while he was still at the residence the owner of the home showed up, and advised there were items missing and property damage. Deputy Foye stated Daniel and Carrie Ainsworth were arrested and charged with unauthorized use of an inhabited dwelling.

03) On December 4, 2016, Tiffany Rhoten interviewed Carrie Ainsworth at Beauregard Sherriff Office. Ms. Ainsworth stated she had moved her belongings into the home at 551 Grantham Road in DeRidder, Louisiana this weekend. Ms. Ainsworth stated she was previously living with a friend on John Bowman Road in DeRidder, Louisiana. Ms. Ainsworth stated she had researched squatter's right law about taking ownership of a home when it has been abandoned. Ms. Ainsworth stated there were not any do not trespass signs up, and the home appeared to be unkept and abandoned. Ms. Ainsworth stated she had spoken to neighbors who also reported the home to be abandoned. Ms. Ainsworth stated she was able to obtain water with the help of Christway Church paying the

3

deposit. Ms. Ainsworth stated the home did not have working electricity, and that they used a fireplace for heat and to cook when needed. Ms. Ainsworth stated they kept their cold food items and took showers at a neighbor's home. Ms. Ainsworth reported she previously was employed at gas station in DeRidder, but was scheduled to start at Skipper's Motel as a housekeeper at 8:00am on December 5, 2016. Ms. Ainsworth stated she was legally divorced from Daniel Ainsworth in 2012, and they are not currently in a relationship. Ms. Ainsworth stated Daniel Ainsworth is disabled due to a seizure disorder, and she helps provide care for him due to that. Ms. Ainsworth stated her daughter is ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Ms. Ainsworth stated ▇▇▇ is in the 9th grade at Singer High School in Singer, Louisiana, and did repeat the 6th grade. Ms. Ainsworth stated ▇▇▇ is healthy and does not take any medications on regular basis. Ms. Ainsworth stated ▇▇▇ father is Adam McGrew, and she does not have a good contact number for him. Ms. Ainsworth was able to provide possible contact numbers for Mr. McGrew's parents in Washington State.

04) On December 4, 2016, Tiffany Rhoten interviewed ▇▇▇▇▇▇▇ at Beauregard Parish Sherriff Office. ▇▇▇ stated her DOB is ▇▇▇▇▇▇▇, and she is currently in the 9th grade at ▇▇▇▇▇▇▇▇▇▇. ▇▇▇ stated she does not play any sports, and that she enjoys her Biology class. ▇▇▇ stated she is healthy and does not take any medications on a regular basis. ▇▇▇ stated she was living with her mom and Daniel Ainsworth at 551 Grantham Road in DeRidder, Louisiana. ▇▇▇ stated they had been living at this address for a couple of weeks. ▇▇▇ stated the home had running water, but no electricity. ▇▇▇ stated they used the fireplace for heat and cooking when needed, but mainly had canned food items. ▇▇▇ stated they kept their cold food items in coolers, and took showers at a neighbor's home. ▇▇▇ stated her mom and Daniel Ainsworth are boyfriend and girlfriend. ▇▇▇ stated they were married before and are planning to get re-married. ▇▇▇ stated her mom just got a job at the hotel next to Donut Palace in DeRidder, Louisiana. ▇▇▇ stated Daniel Ainsworth is disabled and cannot work due to having seizures. ▇▇▇ stated she has not

spoken to her biological father since this past summer, and is trying to get a good phone number for him from a relative.

05) On December 5, 2016, Tiffany Rhoten interviewed Daniel Ainsworth at Beauregard Parish Sherriff Office. Mr. Ainsworth stated he has been living at 551 Grantham Road in DeRidder, Louisiana. Mr. Ainsworth stated Carrie Ainsworth and ▇▇▇▇▇ have not been living at this address, and were in fact living at 150 John Bowman Road in DeRidder, Louisiana. He stated they only visited time to time while he was working on the home. Mr. Ainsworth stated the Grantham Road address did have running water, but no electricity. Mr. Ainsworth stated he was using the fireplace for heat. Mr. Ainsworth stated he and Carrie Ainsworth are divorced, but are trying to reconcile the marriage. Mr. Ainsworth stated he is disabled due to having seizures and has applied for disability. Mr. Ainsworth stated his case is currently in the appeal process. Mr. Ainsworth stated Carrie Ainsworth was previously working at a gas station in DeRidder, but recently got a job at hotel next to Donut Palace in DeRidder.

06) On December 5, 2016 at 12:32 AM, Tiffany Rhoten contacted Judge C. Kerry Anderson and received a verbal Instanter order placing custody of ▇▇▇▇▇ in custody of the Department of Children and Family Services, Child Welfare Division, Beauregard Parish.

07) On December 5, 2016, Tiffany Rhoten, informed Carrie Ainsworth her daughter had been placed in States Custody. Carrie stated she is going to do what she needs to do in order for her daughter to return to her custody.

That there is good cause to believe that said child cannot adequately be protected from the following dangers or harms if the child remains in parental custody: Dependency: No Legal Guardian/Caretaker.

That the following circumstances exist which indicate that there is a substantial, immediate danger to the child, which precludes provision of preventive services as an alternative to removal of ▇▇▇▇▇ On December 4, 2016 Carrie Ainsworth was arrested for unauthorized use of an inhabited dwelling which left ▇▇▇▇ with no legal guardian to provide her care.

5

That there is good cause to believe that ~~████████~~ should be removed from the custody of Carrie Ainsworth and Adam McGrew pending the completion of the investigation, the filing of reports to the District Attorney's Office, and the resolution of this case, and that an instanter order should be issued granting temporary custody to the STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, CHILD WELFARE DIVISION, BEAUREGARD PARISH.

SWORN TO AND SUBSCRIBED before me, Notary/Deputy Clerk, in and for the Parish of Beauregard, this ___5th___ day of _____December_____, 2016.


_____
AFFIANT

_____
NOTARY/DEPUTY CLERK

Deborah Smith
NAME (Print)

#621

P. O. Drawer 848
DeRidder, LA 70634

Please Serve:

Department of Children and Family Services,
Tiffany Rhoten (2 Copies)

Stephanie Duplechain, CWS
Lake Charles Region DCFS
1919 Kirkman St.
Lake Charles, Louisiana 70602

Richard Blankenship
Assistant District Attorney

Acadiana Legal Services
Attorney for the child

Carrie Ainsworth
Beauregard Parish Jail
412 Bolivar Bishop Drive
DeRidder, Louisiana 70634

## NOTICE TO PARENT/LEGAL CUSTODIAN OF CHILDREN PLACED
## IN STATE OR OTHER INDIVIDUAL'S CUSTODY BY INSTANTER ORDER

Parent/Legal Custodian

Name: _Corrie Cunsworth_

Address: _551 Grantham Rd._
_DeRidder, LA 70634_

Telephone: ▓▓▓▓▓▓▓▓▓▓

Interest of minor child(ren):

_____

DOB: ▓▓▓▓▓▓▓

On _12-5_, _2016_, at _12:32_ (am/pm), an emergency (Instanter) order was issued by _36th Judicial_ Court in the parish of _Beauregard_ finding the above-named minor child(ren) in need of care and placement in the custody of:

☒ State of Louisiana through the Department of Social Services or

☐ _____

Based on allegations of:
_Dependency_

And with the safety plan of: _____

The emergency (Instanter) order was obtained by: _Tiffany Rhoten_
Telephone Number: _337-463-2069_

( ) A continued custody hearing has been set for _12-6-16_ at _11:30_ a.m. at _36th Judicial_ Court, parish of _Beauregard_ in Section _C_ located at _201 W. 1st St._. The hearing will determine whether the child(ren) named above should continue in the care and custody of the state or be returned home.

( ) A continued custody hearing has not yet been set but will be held within three (3) days, exclusive of holidays and weekends, of the date stated above when the child(ren) entered state care and custody unless it is continued by the court. You may contact your caseworker _____ at _____ or the _____ Court at _____ to find out the date, time and location of the hearing. You will be notified in writing of the date, time and location of the hearing.

( ) A continued custody hearing has been rescheduled for _____ at _____ a.m. at _____ Court, parish of _____ In Section _____ located at _____. The hearing will determine whether the child(ren) named above should continue in the care and custody of the state or be returned home.

**You must attend this hearing so you may be heard by the Court on whether the child(ren) will remain in the care and custody of the state or other person. You may contact the Louisiana Public Defender Board at _____(address); _____(phone); and/or _____ (e-mail) regarding legal representation. See notice on the back of this form.**

I have read and explained the above notice to the parent(s)/legal custodian listed above. I have provided the parent(s)/legal custodian with information on legal representation through the Louisiana Public Defender Board.

_Tiffany Rhoten_        _12-5-16_
Signature of Worker        Date

I have received notice of the emergency placement of my child(ren) into state care and custody and my right to be heard at the above named court within three (3) days of the date my child(ren) was(were) placed into state care. I have received information regarding legal representation through the Louisiana Public Defender Board.

_C. Cunsworth_        _12-5-16_
Signature of parent/legal custodian        Date

OCS Form 48
Revised: February 2010
Replacing: April 2006